**In re the ESTATE OF Daniel KREMPASKY, Deceased.**

**Appeal of Florence KREMPASKY.**

Supreme Court of Pennsylvania.

Argued Nov. 18, 1998.
Decided Dec. 14, 1998.

George E. Clark, Jr., Chinchilla, for Florence Krempasky.

Gerald R. Butler, for Estate of Daniel Krempasky, Deceased.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

*ORDER*

PER CURIAM:

Appeal dismissed as having been improvidently granted.

CASTILLE and NIGRO, JJ., dissent.